UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE F. BUTLER, | 1:09-cv-02074-MJS-PC |
| Plaintiff, | ORDER DENYING MOTION TO WITHDRAW CONSENT |
| v. | |
| JONG YEOUNG MOON, et al. | (ECF No. 30) |
| Defendants. | |

Plaintiff Maurice F. Butler ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 22, 2009, Plaintiff consented in writing to Magistrate Judge jurisdiction. (ECF No. 9.) On June 15, 2012, Plaintiff filed a notice with the Court, indicating that he wanted to decline his consent to Magistrate Judge jurisdiction. (ECF No. 30.) The Court will construe this as a motion seeking to withdraw consent.

Once a civil case is referred to a Magistrate Judge under 28 U.S.C. § 636(c), the reference can be withdrawn only "for good cause shown on its own motion, or under extraordinary circumstances shown by any party." Dixon v. Ylst, 990 F.2d 478, 480 (9th Cir. 1993); 28 U.S.C. § 636(c); Fed. R. Civ. P. 73(b).

Plaintiff has failed to demonstrate good cause or extraordinary circumstances. Plaintiff has only filed a form indicating that he wishes to decline his consent to jurisdiction by a Magistrate Judge. Plaintiff does not provide any information as to why there is good

1

1  cause or extraordinary circumstances that would justify the withdrawal of his consent and
2  the referral of this case to a Magistrate Judge.
3        For the reasons set forth herein, Plaintiff's Motion is HEREBY DENIED.

6  IT IS SO ORDERED.

7  Dated:    July 5, 2012                          /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE